DOA: 3/5/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Joel Salido-Barron | ) | Case No.  26-3079MJ |
| A#205 600 314 | ) | |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 4, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Joel Salido-Barron, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, about October 22, 2016, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

### See Attached Statement of Probable Cause Incorporated By Reference Herein

*C. Bailey Jr.*  Digitally signed by CHARLES BAILEY
Date: 2026.03.06 11:06:04 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for SAUSA Faith Hook

☒ Continued on the attached sheet.

CHRISTOPHER L SPOHN  Digitally signed by CHRISTOPHER L SPOHN
Date: 2026.03.06 11:31:17 -07'00'

*Complainant's signature*

Christopher L. Spohn
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: March 6, 2026

*Judge's signature*

Michael T. Morrissey
United States Magistrate Judge

*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer, Christopher L. Spohn declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about September 4, 2025, officers with the Avondale Police Department arrested and booked Joel Salido-Barron into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Salido-Barron was confined at the MCJ, ICE officers encountered him and he stated that he is a citizen of Mexico. On the same date an immigration detainer was lodged with the MCJ for Salido-Barron. On or about March 5, 2026, Salido-Barron was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Salido-Barron was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Joel Salido-Barron to be a citizen of Mexico and a previously deported alien. Salido-Barron was removed from the United States to Mexico, through Eagle Pass, Texas, on or about October 22, 2016, pursuant to a final order of removal issued by an immigration judge. There is no record of Salido-Barron

1

in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Salido-Barron's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about June 28, 2016, Joel Salido-Barron was convicted of Illegal Re-Entry, a felony offense, in the United States District Court, Westen District of Texas, El Paso Division. Salido-Barron was sentenced to ten (10) months' imprisonment, and three (3) years' supervised release. Salido-Barron's criminal history was matched to him by electronic fingerprint comparison.

5. On or about March 5, 2026, Joel Salido-Barron was advised of his constitutional rights. Salido-Barron freely and willingly acknowledged his rights but declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 4, 2025, Joel Salido-Barron, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Eagle Pass, Texas, on or about October 22, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

CHRISTOPHER L SPOHN

Digitally signed by
CHRISTOPHER L SPOHN
Date: 2026.03.06 11:32:19 -07'00'

Christopher L. Spohn
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
March 6, 2026

Michael T. Morrissey
United States Magistrate Judge