TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FAITH HOOK
Special Assistant U.S. Attorney
Arizona State Bar No. 039361
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Faith.Hook@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

**Apr 01 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Joel Salido-Barron,

Defendant.

Case No.  CR 26-00313-PHX-DJH (JZB)

Mag. No. 26-03079MJ

**INFORMATION**

VIO: 8 U.S.C. § 1326(a) and (b)(1)

(Reentry of Removed Alien)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about September 4, 2025, at or near Phoenix, in the District of Arizona, the defendant JOEL SALIDO-BARRON, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about October 22, 2016, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) as enhanced by (b)(1).

Dated this 11th day of March 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

FAITH HOOK
Special Assistant U.S. Attorney